# EXHIBIT 2

**Pages from 2025.04.24 Collins Transcript**

25-05047-cag Doc#27-2 Filed 07/25/25 Entered 07/25/25 16:14:36 Exhibit 2 - Pages from 2025.04.24 Collins Transcript Pg 2 of 9

Walter A. Collins  Page 1

```
 1                   CAUSE NO. 2023CI22575

 2   JUDY A. MUSGROVE, individually ) IN THE DISTRICT COURT
     and as beneficiary of the      )
 3   Mainstar Trust, Cust. FBO Judy )
     A. Musgrove IRA, et al.,       )
 4                                  )
     Plaintiffs,                    )
 5                                  )
     v.                             ) 438TH JUDICIAL DISTRICT
 6                                  )
     BROOKLYN CHANDLER WILLY,       )
 7   et al.,                        )
                                    )
 8   Defendants.                    ) BEXAR COUNTY, TEXAS

 9

10

11              ORAL VIDEOTAPED DEPOSITION OF

12                    WALTER A. COLLINS

13                    APRIL 24, 2025

14

15         ORAL VIDEOTAPED DEPOSITION OF WALTER A.

16   COLLINS, produced as a witness at the instance of the

17   Court Appointed Receiver and duly sworn, was taken in

18   the above-styled and numbered cause on April 24, 2025,

19   from 9:59 a.m. to 5:10 p.m., before Autumn J. Cheek,

20   Certified Shorthand Reporter in and for the State of

21   Texas, reported by computerized stenotype machine at the

22   Omni Barton Creek Resort, Fazio Conference Room, 8212

23   Barton Club Drive, Austin, Texas 78735, pursuant to the

24   Texas Rules of Civil Procedure and the provisions stated

25   on the record or attached hereto.
```



```
 1                   A P P E A R A N C E S

 2

 3   FOR PLAINTIFFS:

 4       Mr. Byron L. LeFlore, Jr.
         Mr. Randall A. Pulman (via videoconference)
 5       Ms. Shari Pulman (via videoconference)
         PULMAN LEFLORE PULLEN & REED LLP
 6       2161 NW Military Highway
         Suite 400
 7       San Antonio, Texas 78213
         Phone: 210.222.9494
 8       Email: bleflore@pulmanlaw.com

 9   FOR COURT APPOINTED RECEIVER:

10       Mr. Royal B. Lea, III
         ROYAL LEA LAW OFFICE, PLLC
11       319 Maverick Street
         San Antonio, Texas 78212
12       Phone: 210.862.2847
         Email: royal@royallealaw.com
13
     FOR COLLINS ASSET GROUP, LLC, ET AL.:
14
         Mr. Patrick Watts (via videoconference)
15       MARTIN GOLDEN LYONS WATTS MORGAN
         1200 S. Big Ben Boulevard
16       St. Louis, Missouri 63117
         Phone: 214.346.2630
17       Email: pwatts@mgl.law

18   FOR WALTER COLLINS:

19       Mr. Jonathan Robbin
         J. Robbin Law
20       200 Business Park Drive
         Suite 103
21       Armonk, New York 10504
         Phone: 914.685.5016
22       Email:  jonathan.robbin@jrobbinlaw.com

23

24

25
```



```
 1            A P P E A R A N C E S (Cont'd)

 2


 3   FOR JOSHUA ALLEN:

 4       Mr. Joshua Dean Frost (via videoconference)
         FIELD MANNING STONE AYCOCK, P.C.
 5       2112 Indiana Avenue
         Lubbock, Texas 79410
 6       Phone: 806.796.4000
         Fax:   806.792.9148
 7       Email: jfrost@lubbocklawfirm.com


 8


 9   ALSO PRESENT IN PERSON:

10   Mr. Robert Brill, Videographer


11
     ALSO PRESENT AS LISTED SCREEN NAME VIA VIDEOCONFERENCE:
12
     Tammy Owrey
13
     Kendall Stanaland
14
     Nancy Burnett
15
     Holly Boyd
16
     Paul and Wanda Sheetz
17
     Brent Couch
18
     Tommy York (2)
19
     Art and Laurie Del Negro
20
     Gayle Reese
21
     Alvin and Sharon Zigmond
22
     Cody York
23
     Debra's iPhone
24
     Dan's iPhone 13
25
```

25-05047-cag Doc#27-2 Filed 07/25/25 Entered 07/25/25 16:14:36 Exhibit 2 - Pages from 2025.04.24 Collins Transcript Pg 5 of 9

Walter A. Collins

Page 4

```
 1              A P P E A R A N C E S (Cont'd)

 2

 3   ALSO PRESENT AS LISTED SCREEN NAME VIA VIDEOCONFERENCE:

 4   Edward's iPad

 5   Yandee@msn.com

 6   Nicolas

 7   Norm

 8   Nita

 9   Bob

10   Brook's Notetaker (Otter.ai)

11   BW

12   JCR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

25-05047-cag Doc#27-2 Filed 07/25/25 Entered 07/25/25 16:14:36 Exhibit 2 - Pages from 2025.04.24 Collins Transcript Pg 6 of 9

Walter A. Collins
Page 170

1   instances where it's over the statute of limitations

2   debt for 65 percent -- it was never going to be over

3   50 percent because you could control it, couldn't you,

4   by how much you charged?

5       A    Exactly.

6       Q    Okay.  Now, in 2021 -- at the beginning of

7   2021, you were an owner -- I'm going to say you.  When I

8   say "you," I'm going to mean you and Mr. Crossan and

9   internal employees owned 100 percent of Collins Asset

10  Group.  Right?

11      A    Yes.

12      Q    And you-all collectively, the Collins Group,

13  owned one-third of Oliphant?

14      A    Yeah.  There were --

15      Q    There was more than one?

16      A    The Oliphant we had, the three partners had

17  21 percent each and the team had 37 percent.  So I had

18  21 percent of the company.

19      Q    So you had 21 percent of it because basically

20  it was partially employee-owned?

21      A    Yes.

22      Q    And then AIM, Accelerated Inventory Management,

23  how much of that was yours versus Roberts versus the

24  employees?

25      A    I'm sorry?



25-05047-cag Doc#27-2 Filed 07/25/25 Entered 07/25/25 16:14:36 Exhibit 2 - Pages from 2025.04.24 Collins Transcript Pg 7 of 9

Walter A. Collins

Page 171

```
 1        Q    For Accelerated Inventory Management, AIM, do
 2   you recall whether you had the same -- whether you had a
 3   third or 20 percent?
 4        A    It would have been -- it should be the same.
 5   Not that I'm --
 6        Q    The same.  Should be the same?
 7        A    Should be the same.
 8        Q    All right.  And there came a time in the middle
 9   of 2021 where you contemplated an exit from your
10   ownership position.  Correct?
11        A    I had -- I had had two heart attacks, three
12   strokes, left kidney gone with cancer, and a mechanical
13   aortic valve the Cleveland Clinic said would be replaced
14   12 years ago.  And the cancer hit and then the strokes
15   really did it -- did me in.  That was the end of July
16   '21 and then about a week before -- in October before
17   the close.
18                  And so I was kind of spoon-fed through --
19   to this day, I don't think I read -- I know I haven't
20   read through the sales contract.  But I knew we had a
21   good contract because I have a dear attorney friend who
22   is 40 years as a partner in Shearman Sterling, and we
23   used them because I knew -- I knew the document would be
24   done right.
25        Q    So by about the middle of 2021, you were ready
```



25-05047-cag Doc#27-2 Filed 07/25/25 Entered 07/25/25 16:14:36 Exhibit 2 - Pages from 2025.04.24 Collins Transcript Pg 8 of 9

Walter A. Collins
Page 172

```
 1   to quit your day job?
 2       A    Long before.
 3       Q    Okay.
 4       A    I was 77 1/2 then.
 5       Q    And you marketed -- I say "you," Mr. Morris and
 6   you looked for any opportunities there were out in the
 7   market to sell the company?
 8       A    Yes.  And Bob found it.  And one partner of
 9   mine really didn't -- they -- the whole team was taking
10   care of me.  They did it for me, and I owe -- I owe an
11   awful lot.
12                 And Bob Morris found the buyers and stayed
13   with that operation.  So I know they're in good hands.
14       Q    So the -- I believe the ultimate solution that
15   was found involved a gentlemen named Colin Conway and a
16   gentlemen named Mike Pope.
17                 Is that your recollection?
18       A    Yeah, I remember -- yes, I remember the names.
19       Q    And Mike Pope had a fund called Skypeak
20   Partners.  Do you recall that?
21       A    That rings a bell.
22       Q    And Colin Con- -- excuse me -- yeah, and Colin
23   Conway had something confusingly called ICAG that was
24   his own investment fund?
25       A    It was a -- the way it was presented and what
```

1    we put due diligence and all, they were a family private
2    equity company that had a lot of followers and investors
3    in with them.
4        Q    And was a Mr. Scanlan associated with Colin
5    Conway's operation?
6        A    Is that David?
7        Q    I think so, yes, sir.
8        A    Yeah.  Yes, he was.
9        Q    All right.  And what is your understanding of
10   how the money was put together to buy out the Collins
11   ownership group in Oliphant and AIM -- and I'll put a
12   comma in my question -- and to buy out all of the
13   ownership in Collins Asset Group, question mark?
14             MR. ROBBIN:  Objection as to form.
15       A    Oliphant -- the buyers of the company were
16   taking -- were -- the equity piece was going to their
17   private investors; that was the equity piece.
18             The way it came down was that equity piece
19   was financed, which created some ill will within the
20   company.
21       Q    (BY MR. LEFLORE)  I appreciate you telling me
22   that and with -- I don't want to overturn bad memories
23   about it, but I need to explore it a little bit.
24             Instead of putting money into the company
25   to buy out the Collins Asset Group asset and to buy the

