## U.S. Bankruptcy Court
## Western District of Texas

In re:

Case No.**25–51660–cag**

Chapter No.**7**

**COLLINS ASSET GROUP, LLC**
Debtor

Adv. Proc. No.**25–05047–cag**

**JUDY A. MUSGROVE**
**KATHLEEN E. PRIEBE ET. AL.**
Plaintiff
v.
**BROOKLYN CHANDLER WILLY AND QUEEN B ADVISORS, LLC ET. AL.**
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

 **YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**
> **Clerk, U.S. Bankruptcy Court**
> **Western District of Texas**
> **615 E. Houston St, Rm 597**
> **San Antonio, TX 78205**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**
> **Randall A. Pulman**
> **Pulman LeFlore Pullen & Reed LLP**
> **2161 NW Military Hwy, Suite 400**
> **San Antonio, TX 78213**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**03/26/2026**

**Robert J. Lawson, Clerk Of Court**

**continued caption:**

**Listing Of Plaintiff Names:**

JUDY A. MUSGROVE

KATHLEEN E. PRIEBE

MARTHA GOMEZ

PAUL D. SHEETZ

WANDA SHEETZ

ALVIN ZIGMOND

SHARON ZIGMOND

DAN A. DOOLITTLE

KELLY M. DOOLITTLE

CAROLYN NEWMAN


TAMMARA OWREY


TRAVIS MITCHELL


DONNA MITCHELL


JOHN PATRICK LOWE


MARY ADAMS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

JAY R ADAMS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

SUSAN BLADES
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

ALBERT BLADES
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

STEVEN BLOYD
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

LORIE BASS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

MICHAEL BASS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

SUSAN HUNTER
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

TERRY HUNTER
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

MARIA MAYHEW
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

ROBERT MAYHEW
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

RICHARD MUZNY
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

BARBARA MUZNY
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

SCOTTA KNIGHT
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


MASON COBURN
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


AMANDA COBURN
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


ANGELA SPARKS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


RANDALL SPARKS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


JOHN AYERS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


JUSTIN ST. CLAIR
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


JENNIFER MCNABB
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


PHILIP MCNABB
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES


MARY NEWTON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


TONY NEWTON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


ANGELA BEAUCHAMP
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


DEBRA BEAUCHAMP
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


THOMAS BEAUCHAMP
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


TRACI BEAUCHAMP
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


ANTHONY BEAUCHAMP
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


LENNIE J MILLS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213

UNITED STATES

DEBRA RAE KEESEE
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

HOLLY BOYD
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

MICHAEL BOYD
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

JAY ADKINS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

NANCY BURNETT
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

ROLAND K STANALAND
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

GAYLE REESE
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

BRENT COUCH
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

ROBERT COOK
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

JOHN RAVER
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

PAMELA HERNDON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

CODY HERNDON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

ERROL GLENN ARCHER
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

GRACE STRAIT
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

DWAIN STRAIT
PULMAN LEFLORE PULLEN & REED
2161 NW MILITARY HWY., &#035
400


SAN ANTONIO, TX 78213
UNITED STATES

ROSS RUCKER
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

DENNIS WOODS
C/O PULMAN LEFLORE PULLEN & REED LLP

ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


IRMA ALONZO
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


JANE SCHNELL
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


GREG SCHNELL
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


DONALD LEE WOODS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


SHELLEY LEE
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


STEVE NICHOLSON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


ANGELYN NICHOLSON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES


ZORAIDA KACZOROWSKI
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

NORMAN KACZOROWSKI
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

CODY YORK
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

VICKIE YORK
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

TOMMY YORK
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

JUANITA CLARY
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

SALLY MCBEE
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

MI HUI TURCO
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

DONALD TURCO
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN

SAN ANTONIO, TX 78213
UNITED STATES

DIANE DURANT
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

KEVIN BENNETT
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

LINDA DOUBRAVA
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

EDWARD NICOLAS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

MARK AND MELISSA AERTS
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

LAURIE DEL NEGRO
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213
UNITED STATES

ARTHUR DEL NEGRO
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN


SAN ANTONIO, TX 78213

BARBARA GIBSON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A. PULMAN
2161 NW MILITARY HWY., STE. 400

SAN ANTONIO, TX 78213

MICHAEL GIBSON
C/O PULMAN LEFLORE PULLEN & REED LLP
ATTN: RANDALL A .PULMAN
2161 NW MILITARY HWY., STE. 400

SAN ANTONIO, TX 78213

**Listing Of Defendant Names:**

BROOKLYN CHANDLER WILLY

QUEEN B ADVISORS, LLC

FERRUM CAPITAL, LLC

FERRUM IV, LLC

MIKE L. COX

JOSHUA L. ALLEN

COLLINS ASSET GROUP, LLC

SUITE 102
6001 W. WILLIAM CANNON DR

AUSTIN, TX 78749

OLIPHANT FINANCIAL, LLC

WALT COLLINS

RYAN PROJECT FUNDING LLC

OLIPHANT USA, LLC


ACCELERATED INVENTORY MANAGEMENT LLC


HOLLINS HOLDINGS


HOLLINS HOLDINGS LLC


YVETTE BARRERA


OLIPHANT UNITED, INC.


OLIPHANT, INC.

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

❑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

      Print Name: _____

      Business Address: _____

_____