B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

_____Western_____ District Of _____Texas_____

In re  Collins Asset Group, LLC      ,  )   Case No.  25-51660-CAG
                Debtor                )
                                      )   Chapter  7 .
John Patrick Lowe in his capacity as Court  )
Appointed Receiver                    )
                Plaintiff             )
                                      )
            v.                        )   Adv. Proc. No.  25-05047-CAG
                                      )
Collins Asset Group, LLC et al.       )
                Defendant             )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    Clerk, U.S. Bankruptcy Court
                         Western District of Texas
                         615 E. Houston St, Rm 597
                         San Antonio, Texas 78205

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:    Royal B. Lea, III
                                             Royal Lea Law Office PLLC
                                             1901 NW Military Hwy, Ste. 218
                                             San Antonio, Texas 78213

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_(signature)_ (Clerk of the Bankruptcy Court)

3/27/2026

By: _(signature)_ (Deputy Clerk)

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name:          _____

Business Address:    _____

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

SERVICE RETURN ATTACHED

## AFFIDAVIT OF SERVICE

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas

Case Number: 25-51660-CAG

Plaintiff:
**Judy A. Musgrove, individually et al.**
vs.
Defendant:
**Brooklynn Chandler Willy, et al.**

For: Royal Lea Law Office, PLLC

Received these papers on the 27th day of March, 2026 at 10:24 am to be served on **Metropolitan Partners Group Administration LLC c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle County, DE 19808. I,** GILBERT DEL VALLE , being duly sworn, depose and say that on the 27 day of MARCH , 20 26 at 12 : 15 P .m., executed service by delivering a true copy of the **Summons in an Adversary Proceeding with Receiver's Second Amended Complaint Asserting Claims Against Debtor, Oliphant Parties and Metropolitan Partners** in accordance with state statutes in the manner marked below:

(x) CORPORATE SERVICE: By delivering to MS. DENISE _____(individual accepting) as MANAGING AGENT (title), at 251 LITTLE FALLS DRIVE (street), WILMINGTON (city), DE (state) 19808 (zip code) NEW CASTLE (county).

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____(county).

( ) SUBSTITUTE SERVICE: By delivering to _____(individual accepting) as _____(relationship/title) at _____(street), _____(city), _____(state) _____(zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____(individual accepting) as _____ (title) of the within-named agency at _____ (street), _____(city), _____(state) _____(zip code) _____(county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS:_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 27 day of MARCH , 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
GILBERT DEL VALLE
PROCESS SERVER # 1975
Appointed in accordance with State Statutes

Our Job Serial Number: 2026003832
Ref: John Patrick Lowe

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a