# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25–51660–mmp

Chapter No.: 7

IN RE: **Collins Asset Group, LLC** , Debtor(s)

Adversary Proceeding No.: 25–05047–mmp

Judge: Michael M Parker

**Judy A. Musgrove et al.**
Plaintiff

v.

**Brooklyn Chandler Willy et al.**
Defendant

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on   **4/7/26   at   02:00 PM**

STATUS Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. ) (related document(s): 1 Notice of Removal – Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC. STATUS Hearing set for 4/7/2026 at 2:00 PM at SA Courtroom 1. (Castleberry, Deanna)

Dated:  4/7/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Status Hearing Notice (AP)]** [NtcsthrgAPap]