

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 29, 2026.**

_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br>COLLINS ASSET GROUP, LLC,<br>    DEBTOR. | §<br>§<br>§<br>§ | CHAPTER 7: CASE NO. 25-51660-CAG |
| JUDY A. MUSGROVE, INDIVIDUALLY AND AS BENEFICIARY OF THE MAINSTAR TRUST, CUST. FBO JUDY A MUSGROVE IRA, ET AL.,<br>    PLAINTIFFS,<br><br>V.<br><br>BROOKLYNN CHANDLER WILLY, ET. AL.<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADV. PROC. NO. 25-05047-CAG<br><br>REMOVED FROM THE 438TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS CASE NO. 2023-CI-22575 |
| JOHN PATRICK LOWE IN HIS CAPACITY AS COURT APPOINTED RECEIVER,<br>    PLAINTIFF,<br><br>V.<br><br>COLLINS ASSET GROUP, LLC, ET AL.,<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**[PROPOSED] ORDER GRANTING METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC'S UNOPPOSED AMENDED MOTION TO EXTEND DEADLINE TO RESPOND TO TRUSTEE'S SECOND AMENDED COMPLAINT**

On this day, the Court heard Metropolitan Partners Group Administration, LLC's ("Metropolitan") Unopposed Amended Motion to Extend Deadline to Respond to Trustee's Second Amended Complaint [Docket No. 152], filed by L. Bradley Hancock, counsel for Metropolitan.

The Court has reviewed the Motion, the arguments of counsel, and the record in this case, including the underlying adversary proceeding, Adversary Proceeding No. 25-05047-CAG, removed from the 438th Judicial District Court, Bexar County, Texas, Case No. 2023-CI-22575.

The Court finds that good cause has been shown for the relief requested in the Motion and finds that the Motion should be, and, hereby is, **GRANTED**.

**IT IS HEREBY ORDERED** that Metropolitan's deadline to answer or otherwise respond to the Trustee's Second Amended Complaint [Docket No. 102] is extended until May 25, 2026

# # #

**SUBMITTED BY:**

**HOLLAND & KNIGHT, LLP**

L. Bradley Hancock
Texas Bar No. 00798238
Anthony F. Pirraglia
Texas Bar No. 24103017
Christopher A. Bailey
Texas Bar No. 24104598
Holland & Knight LLP
811 Main Street, Ste. 2500
Houston, Texas 77002
Tel.: 713.217.2886
Email: brad.hancock@hklaw.com
anthony.pirraglia@hklaw.com
        chris.bailey@hklaw.com

*Counsel for Metropolitan Partners*