

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 28, 2026.**

_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

IN RE: **Musgrove et al v. Willy et al** , Debtor(s)          Case No.: 25–05047–mmp

## *ORDER DISMISSING PLEADING (ECF NO. 150) FOR LACK OF COMPLIANCE WITH LOCAL RULES*

**Doc # 150 – Unopposed Motion to Extend Time Deadline to Respond to Trustee's Second Amended Complaint filed by L. Bradley Hancock for Defendant Metropolitan Partners Group Administration LLC (Attachments: # 1 Proposed Order)(Hancock, L.)**

**Upon consideration thereof, the court notes that the filing is deficient in the following respects:**

☐ The pleading does not include the signer's mailing address, telephone number and area code.

☐ The filing is not accompanied by the requisite form of notice.

☐ The Chapter 13 plan does not comply with Standing Order 25–03 which requires that the current District Form Chapter 13 plan be filed in all Chapter 13 cases. The debtor has seven (7) days from the date of this order to file a District Form Chapter 13 plan. Failure to comply may result in the case being dismissed without further notice. The Standing Order and District Form Chapter 13 plan may be found at http://www.txwb.uscourts.gov/official–forms–western–district–texas .

☐ The Chapter 13 Plan must have an appropriate certificate of service, which lists each party served and its address, except for those parties served by CM/ECF email (Notice of Electronic Filing).

☐ The pleading lacks the appropriate and/or no certificate of service per Local Rule 9013–1(c):
   ☐ (1) The certificate of service must be signed by an attorney or party (if appearing without counsel), certifying that service has been accomplished in the manner and on the date stated in the certificate and upon the parties required to be served.
   ☐ (2) The certificate of service must list each of the entities served and their addresses, except for those parties served by CM/ECF email (Notice of Electronic Filing).
   ☐ (3) With Court approval, a party may serve a summary of a pleading where the pleading is voluminous, or the number of parties to be served is excessively large. In such cases, the summary shall be filed, and the certificate of service shall be appended to the summary.
   ☐ (4) No certificate of service.

☐ (5) Service is insufficient on all required parties in accordance with Local Rule 9013−1(c).

☐ The negative notice language in the motion/pleading does not comply with Local Rule 9014−1(a).

☐ The negative notice language in the motion for relief does not comply with Local Rule 4001−1(a)(2).

☐ The pleading lacks the appropriate certificate of conference pursuant to Local Rules 9014−1(e) and 9014−1(f).

☐ The pleading lacks the proposed form of order attached as an exhibit to the motion, see Local Rule 9013−1(b).

☑ The pleading lacks the separately uploaded proposed order, see Local Rule 9013−1(b).

☐ The Objection to Claim is not in compliance with Local Rule 3007−1.

☐ The filing is not in compliance with the current Official Bankruptcy Form(s).

☐ An objection to exemption must be served on all parties.

☐ The filer's signature on the pleading or certificate of service is incomplete and does not comply with the *Administrative Policies and Procedures for Electronic Filing,* Section IV.B.

☐ The pleading does not comply with the requirements for filing pleadings under the *Administrative Policies and Procedures for Electronic Filing,* Section IV.B. Specifically, the pleading was improperly filed using the ECF login information assigned to another electronic filer who did not sign the Motion. The *Administrative Policies and Procedures for Electronic Filing* require that the signature on the filed document correspond to the Electronic Filer's ECF login/password or that of an authorized Filing Agent of the Electronic Filer.

☐ The document does not include a case caption as required by Fed. R. Bankr. P. 1005, 9004(b), Local Rule 9004−1.

☐ Local Rules 4001−1(b) Motions for Extensions of Stay under § 362(c)(3)(B). A party in interest seeking relief under § 362(c)(3)(B) shall file a motion styled "Motion for Extension of Stay Pursuant to § 362(c)(3)(B)." If the motion is filed within 7 days after the petition was filed, the Court will set an expedited hearing and debtor or its counsel shall give notice of the expedited hearing. If the motion is filed more than 7 days after the petition was filed, the motion must be accompanied by a separate motion for expedited hearing.

☐ The pleading requests multifarious relief and is hereby stricken pursuant to Local Rule 9013−1(a).

☐ Other(describe):

The court concludes that the filing should be dismissed without prejudice to its refiling. So **ORDERED**.

###

United States Bankruptcy Court

Western District of Texas

Musgrove,

    Plaintiff

Willy,

    Defendant

Adv. Proc. No. 25-05047-mmp

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Apr 28, 2026 | Form ID: pdfintp | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jonathan M. Robbin, J. Robbin Law, 200 Business Park Drive, Armonk, NY 10504-1715 |
| aty | + | Lad Stricker, Sanders Bajwa LLP, 919 Congress, Suite 1305, Austin, TX 78701-2885 |
| aty | + | Yusuf A. Bajwa, Sanders Bajwa LLP, 919 Congress, Suite 1305, Austin, TX 78701-2885 |
| tr | + | George L. Miller, Chapter 7 Trustee, c/o Saul Ewing LLP-Evan T. Miller, Esq., 1201 N Market St, Suite 2300, PO Box 1266, Wilmington, DE 19899-1266 |
| pla | | Albert Blades, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Amanda Coburn, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Angela Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Angela Sparks, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Angelyn Nicholson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Anthony Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Arthur Del Negro, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213 |
| pla | + | Barbara Gibson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, 2161 NW Military Hwy., Ste. 400, San Antonio, TX 78213-1844 |
| pla | | Barbara Muzny, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Brent Couch, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Cody Herndon, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Cody York, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Debra Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Debra Rae Keesee, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Dennis Woods, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Diane Durant, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Donald Lee Woods, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Donald Turco, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | + | Dwain Strait, Pulman LeFlore Pullen & Reed, 2161 NW Military Hwy., #400, San Antonio, TX 78213, UNITED STATES 78213-1844 |
| pla | | Edward Nicolas, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Errol Glenn Archer, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Gayle Reese, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Grace Strait, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Greg Schnell, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Holly Boyd, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Irma Alonzo, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jane Schnell, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jay Adkins, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jay R Adams, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jennifer McNabb, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | John Ayers, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | John Raver, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Juanita Clary, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Justin St. Clair, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Kevin Bennett, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Laurie Del Negro, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Lennie J Mills, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Linda Doubrava, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Lorie Bass, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Maria Mayhew, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Mark and Melissa Aerts, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |

| pla | | Mary Adams, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
|---|---|---|
| pla | | Mary Newton, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Mason Coburn, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Mi Hui Turco, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Michael Bass, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Michael Boyd, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | + | Michael Gibson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A .Pulman, 2161 NW Military Hwy., Ste. 400, San Antonio, TX 78213-1844 |
| pla | | Nancy Burnett, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Norman Kaczorowski, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Pamela Herndon, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Philip McNabb, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Randall Sparks, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Richard Muzny, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Robert Cook, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Robert Mayhew, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Roland K Stanaland, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | + | Ron Satija, c/o Brian Cumings, 401 Congress Ave., Suite 2200, Austin, TX 78701-3790 |
| pla | | Ross Rucker, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Sally McBee, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Scotta Knight, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Shelley Lee, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Steve Nicholson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Steven Bloyd, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Susan Blades, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Susan Hunter, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Terry Hunter, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Thomas Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Tommy York, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Tony Newton, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Traci Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Vickie York, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Zoraida Kaczorowski, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |

TOTAL: 77

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion07.cc.ecf@usdoj.gov | Apr 28 2026 22:38:00 | US Trustee, 606 N Carancahua, Corpus Christi, TX 78401-0680 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 28 2026 22:38:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| dft | Email/Text: bankruptcy@oliphantfinancial.com | Apr 28 2026 22:38:00 | Collins Asset Group, LLC, Suite 102, 6001 W. William Cannon Dr, Austin, TX 78749 |
| intp | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 28 2026 22:38:00 | United States Trustee, 615 E Houston St #533, PO Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Brooklyn Chandler Willy |
| dft | | Ferrum Capital, LLC |
| dft | | Ferrum IV, LLC |
| dft | | Hollins Holdings |
| dft | | Hollins Holdings LLC |

| District/off: 0542-5 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Apr 28, 2026 | Form ID: pdfintp | Total Noticed: 81 |

| | |
|---|---|
| dft | Mike L. Cox |
| dft | Queen B Advisors, LLC |
| dft | Ryan Project Funding LLC |
| dft | Tesota LLC |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail Rogers | |
| | on behalf of Defendant Accelerated Inventory Management LLC arogers@krcl.com |
| Abigail Rogers | |
| | on behalf of Defendant Oliphant Financial  LLC arogers@krcl.com |
| Abigail Rogers | |
| | on behalf of Defendant Oliphant USA  LLC arogers@krcl.com |
| Allison Sarah Hartry | |
| | on behalf of Defendant Yvette Barrera ahartry@themoralesfirm.com |
| Christopher A Bailey | |
| | on behalf of Defendant Metropolitan Partners Group Administration LLC christopher.bailey@hklaw.com  hapi@hklaw.com |
| David Philip Whittlesey | |
| | on behalf of Defendant Walt Collins david.whittlesey@aoshearman.com ashley.duncum@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com,courtnotices@aoshearman.com |
| Eugene Xerxes Martin, IV | |
| | on behalf of Defendant Collins Asset Group  LLC xmartin@mgl.law, twallace@mgl.law |
| Evan T. Miller | |
| | on behalf of Trustee George L. Miller  Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com |
| Jason Bradley Binford | |
| | on behalf of Defendant Oliphant USA  LLC jbinford@krcl.com, ajezisek@krcl.com;rboley@krcl.com |
| Jason Bradley Binford | |
| | on behalf of Defendant Accelerated Inventory Management LLC jbinford@krcl.com  ajezisek@krcl.com;rboley@krcl.com |
| Jason Bradley Binford | |
| | on behalf of Defendant Oliphant Financial  LLC jbinford@krcl.com, ajezisek@krcl.com;rboley@krcl.com |
| Josh Frost | |
| | on behalf of Defendant Joshua L. Allen jfrost@lubbocklawfirm.com |
| Kerry Alleyne-Simmons | |
| | on behalf of Plaintiff Martha Gomez kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com |
| Kerry Alleyne-Simmons | |
| | on behalf of Plaintiff Paul D. Sheetz kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com |
| Kerry Alleyne-Simmons | |
| | on behalf of Plaintiff Kathleen E. Priebe kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com |

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 4 of 7 |
| Date Rcvd: Apr 28, 2026 | Form ID: pdfintp | Total Noticed: 81 |

Kerry Alleyne-Simmons

on behalf of Plaintiff Judy A. Musgrove kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com

L. Bradley Hancock

on behalf of Defendant Metropolitan Partners Group Administration LLC brad.hancock@hklaw.com  diana.miranda@hklaw.com

Michael P. Ridulfo

on behalf of Defendant Oliphant  Inc. mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Accelerated Inventory Management LLC mridulfo@krcl.com scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Oliphant USA  LLC mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Oliphant United  Inc. mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Oliphant Financial  LLC mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Randall A. Pulman

on behalf of Plaintiff Grace Strait rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Arthur Del Negro rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Nancy Burnett rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mark and Melissa Aerts rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Roland K Stanaland rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Michael Bass rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mary Adams rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Richard Muzny rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Tony Newton rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Greg Schnell rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jay R Adams rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Robert Mayhew rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Debra Rae Keesee rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jay Adkins rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Diane Durant rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Angelyn Nicholson rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Linda Doubrava rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Scotta Knight rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Sharon Zigmond rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Donald Lee Woods rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Angela Beauchamp rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Lorie Bass rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff John Raver rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Sally McBee rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Maria Mayhew rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mason Coburn rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Kathleen E. Priebe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Kelly M. Doolittle rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Laurie Del Negro rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Kevin Bennett rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Edward Nicolas rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mary Newton rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Robert Cook rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Holly Boyd rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Albert Blades rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Angela Sparks rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Traci Beauchamp rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Barbara Gibson rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Gayle Reese rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Zoraida Kaczorowski rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Susan Hunter rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Cody York rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Juanita Clary rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Lennie J Mills rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Michael Boyd rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Irma Alonzo rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jane Schnell rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Vickie York rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

District/off: 0542-5

User: admin

Page 6 of 7

Date Rcvd: Apr 28, 2026

Form ID: pdfintp

Total Noticed: 81

Randall A. Pulman

on behalf of Plaintiff Alvin Zigmond rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jennifer McNabb rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Ross Rucker rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Philip McNabb rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Anthony Beauchamp rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Dan A. Doolittle rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Dennis Woods rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Martha Gomez rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Carolyn Newman rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Terry Hunter rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Tommy York rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Michael Gibson rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff John Ayers rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Susan Blades rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Donna Mitchell rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Tammara Owrey rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Steve Nicholson rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Errol Glenn Archer rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Judy A. Musgrove rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Norman Kaczorowski rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Pamela Herndon rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Paul D. Sheetz rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Travis Mitchell rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Barbara Muzny rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Dwain Strait rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Shelley Lee rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Randall Sparks rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Wanda Sheetz rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

District/off: 0542-5

Date Rcvd: Apr 28, 2026

User: admin

Form ID: pdfintp

Page 7 of 7

Total Noticed: 81

Randall A. Pulman

on behalf of Plaintiff Brent Couch rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Cody Herndon rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Debra Beauchamp rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Justin St. Clair rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Amanda Coburn rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Donald Turco rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Thomas Beauchamp rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Steven Bloyd rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mi Hui Turco rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Royal B. Lea, III

on behalf of Plaintiff John Patrick Lowe royal@royallealaw.com  jennifer@royallealaw.com

Shari P. Pulman

on behalf of Plaintiff Martha Gomez spulman@pulmanlaw.com  pcarter@pulmanlaw.com

Shari P. Pulman

on behalf of Plaintiff Paul D. Sheetz spulman@pulmanlaw.com  pcarter@pulmanlaw.com

Shari P. Pulman

on behalf of Plaintiff Judy A. Musgrove spulman@pulmanlaw.com  pcarter@pulmanlaw.com

Shari P. Pulman

on behalf of Plaintiff Kathleen E. Priebe spulman@pulmanlaw.com  pcarter@pulmanlaw.com

TOTAL: 112