IN THE UNITED STATES BANKRUPTCY
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br>COLLINS ASSET GROUP, LLC,<br>    DEBTOR. | §<br>§<br>§ | CHAPTER 7: CASE NO. 25-51660-MMP |
| JUDY A. MUSGROVE, INDIVIDUALLY AND AS BENEFICIARY OF THE MAINSTAR TRUST, CUST. FBO JUDY A MUSGROVE IRA, ET AL.,<br>    PLAINTIFFS,<br><br>V.<br><br>BROOKLYNN CHANDLER WILLY, ET. AL.<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADV. PROC. NO. 25-05047-MMP<br><br>REMOVED FROM THE 438TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS CASE NO. 2023-CI-22575 |
| JOHN PATRICK LOWE IN HIS CAPACITY AS COURT APPOINTED RECEIVER,<br>    PLAINTIFF,<br><br>V.<br><br>COLLINS ASSET GROUP, LLC, ET AL.,<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC 'S
WITNESS AND EXHIBIT LIST
HEARING: MAY 18, 2026, AT 1:30 PM (CT)**

Metropolitan Partners Group Administration, LLC's ("Metropolitan"), by and through their counsel Holland & Knight LLP, files this *Witness and Exhibit List for Hearing Scheduled for May 18, 2026 at 1:30 p.m.* related to *Trustee's Motion for Preliminary Injunction Requiring Continued Segregation of Net Sale Proceeds Pursuant to Fed. Rule Bankr. Pro. 7065, 11 U.S.C. § 105 (a) and for Related Relief* [Dkt. No. 164]. Metropolitan received the Trustee's Motion on Wednesday and continues to prepare its response. As such, Metropolitan reserves the right to supplement this witness list and exhibit list.

## WITNESSES

Metropolitan may call:

    a.  A corporate representative of Metropolitan

    b.  Any witness designated by any other party.

Metropolitan reserves the right to call and/or use testimony offered into evidence by any other party.  Additionally, Metropolitan also reserves the right to offer into evidence such additional testimony as may be appropriate for rebuttal and/or impeachment purposes.  Finally, Metropolitan reserve the right to amend and/or supplement this Witness List to the extent necessary or appropriate.

## EXHIBITS

| Ex. # | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 1. | All pleadings and court documents of record in the instant bankruptcy matter | | | |
| 2. | Any exhibit designated by any other party | | | |
| 3. | Any rebuttal and/or impeachment documents as appropriate | | | |
| 4. | Any pleading, exhibit or item previously presented to the Court | | | |
| 5. | Any exhibit or demonstrative designated or used by any other party | | | |

Metropolitan reserves the right to use any documents offered into evidence by any other party.  Additionally, Metropolitan reserves the right to offer into evidence such additional documents as may be appropriate for rebuttal and/or impeachment purposes.  Finally, Metropolitan reserves the right to amend and/or supplement this Exhibit List to the extent necessary or appropriate.

Dated: May 15, 2026

Respectfully submitted,

**HOLLAND & NIGHT LLP**

By: */s/ L. Bradley Hancock*
L. Bradley Hancock
Texas Bar No. 798238
Christopher A. Bailey
Texas Bar No. 24104598
811 Main Street, Suite 2500
Houston, TX 77002
Telephone: 713-821-7000

Jordan T. Koenig (*admission pending*)
Texas Bar No. 24121702
1722 Routh St., Suite 1500
Dallas, Texas 75201
Telephone: 214-964-9500
Facsimile: 214-964-9501

E-Mail: brad.hancock@hklaw.com
        chris.bailey@hklaw.com
        jordan.koenig@hklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, the foregoing was document was served electronically on all parties entitled to service via the Court's Case Management/Electronic Case File System ("CM/ECF"), including:

Kerry Alleyne-Simmons kalleyne@pulmanlaw.com, mvilla@pulmanlaw.com

Jason Bradley Binford jbinford@krcl.com, ajezisek@krcl.com;rboley@krcl.com

Josh Frost jfrost@lubbocklawfirm.com

Allison Sarah Hartry ahartry@themoralesfirm.com

Royal B. Lea, III royal@royallealaw.com, jennifer@royallealaw.com

Eugene Xerxes Martin, IV xmartin@mgl.law, twallace@mgl.law

Evan T. Miller evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

3

Randall A. Pulman rpulman@pulmanlaw.com,  gonzales@pulmanlaw.com; mvilla@pulmanlaw.com

Shari P. Pulman spulman@pulmanlaw.com, pcarter@pulmanlaw.com

Michael P. Ridulfo mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Abigail Rogers arogers@krcl.com

David Philip Whittlesey david.whittlesey@aoshearman.com, ashley.duncum@aoshearman.com managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com,courtnotices@aoshearman.com


/s/ L. Bradley Hancock
L. Bradley Hancock