

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 18, 2026.**

_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br>COLLINS ASSET GROUP, LLC,<br>　DEBTOR. | § § § | CHAPTER 7: CASE NO. 25-51660-MMP |
| JUDY A. MUSGROVE, INDIVIDUALLY AND AS BENEFICIARY OF THE MAINSTAR TRUST, CUST. FBO JUDY A MUSGROVE IRA, *ET AL.*,<br>　PLAINTIFFS,<br><br>V.<br><br>BROOKLYNN CHANDLER WILLY, *ET. AL.*<br>　DEFENDANTS. | § § § § § § § § § | ADV. PROC. NO. 25-05047-MMP<br><br>REMOVED FROM THE 438TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS CASE NO. 2023-CI-22575 |
| JOHN PATRICK LOWE IN HIS CAPACITY AS COURT APPOINTED RECEIVER,<br>　PLAINTIFF,<br><br>V.<br><br>COLLINS ASSET GROUP, LLC, *ET AL.*,<br>　DEFENDANTS. | § § § § § § § § | |

**ORDERING GRANTING METROPOLITAN'S MOTION FOR LEAVE TO EXCEED <u>PAGE LIMITATION</u>**

1

2

On this date came on for consideration the Motion [Docket 175] filed by the Metropolitan Partners Group Administration, LLC ("Movant") requesting leave to file the Movant's Response to the Trustee's Motion for Preliminary Injunction Requiring Continued Segregation of Net Sale Proceeds Pursuant to Fed. Rule Bankr. Proc. 7065, 11 U.S.C. § 105(a), and for Related Relief (the "Motion") in excess of the ten (10) page limitation prescribed by L. Rule 7007-1(a)(2). The Court finds that good cause exists for the relief requested.

IT IS, THEREFORE, ORDERED that the Trustee is granted leave to file the Motion **in excess of the ten (10) page limitation, not to exceed 30** pages.

2