**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 18, 2026.**



_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br>COLLINS ASSET GROUP, LLC,<br>   DEBTOR. | § § § | CHAPTER 7: CASE NO. 25-51660-MMP |
| JUDY A. MUSGROVE, INDIVIDUALLY AND AS BENEFICIARY OF THE MAINSTAR TRUST, CUST. FBO JUDY A MUSGROVE IRA, ET AL.,<br>   PLAINTIFFS,<br><br>V.<br><br>BROOKLYNN CHANDLER WILLY, ET. AL.<br>   DEFENDANTS. | § § § § § § § § § § | ADV. PROC. NO. 25-05047-MMP<br><br>REMOVED FROM THE 438TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS CASE NO. 2023-CI-22575 |
| JOHN PATRICK LOWE IN HIS CAPACITY AS COURT APPOINTED RECEIVER,<br>   PLAINTIFF,<br><br>V.<br><br>COLLINS ASSET GROUP, LLC, ET AL.,<br>   DEFENDANTS. | § § § § § § § § | |

**ORDERING GRANTING METROPOLITAN'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

1

On this date came on for consideration the Motion [Docket 175] filed by the Metropolitan Partners Group Administration, LLC ("Movant") requesting leave to file the Movant's Response to the Trustee's Motion for Preliminary Injunction Requiring Continued Segregation of Net Sale Proceeds Pursuant to Fed. Rule Bankr. Proc. 7065, 11 U.S.C. § 105(a), and for Related Relief (the "Motion") in excess of the ten (10) page limitation prescribed by L. Rule 7007-1(a)(2). The Court finds that good cause exists for the relief requested.

IT IS, THEREFORE, ORDERED that the Trustee is granted leave to file the Motion **in excess of the ten (10) page limitation, not to exceed 30** pages.

United States Bankruptcy Court

Western District of Texas

Musgrove,

    Plaintiff

Adv. Proc. No. 25-05047-mmp

Willy,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 7 |
| Date Rcvd: May 18, 2026 | Form ID: pdfintp | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jonathan M. Robbin, J. Robbin Law, 200 Business Park Drive, Armonk, NY 10504-1715 |
| aty | + | Lad Stricker, Sanders Bajwa LLP, 919 Congress, Suite 1305, Austin, TX 78701-2885 |
| aty | + | Yusuf A. Bajwa, Sanders Bajwa LLP, 919 Congress, Suite 1305, Austin, TX 78701-2885 |
| tr | + | George L. Miller, Chapter 7 Trustee, c/o Saul Ewing LLP-Evan T. Miller, Esq., 1201 N Market St, Suite 2300, PO Box 1266, Wilmington, DE 19899-1266 |
| pla | | Albert Blades, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Amanda Coburn, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Angela Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Angela Sparks, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Angelyn Nicholson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Anthony Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Arthur Del Negro, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213 |
| pla | + | Barbara Gibson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, 2161 NW Military Hwy., Ste. 400, San Antonio, TX 78213-1844 |
| pla | | Barbara Muzny, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Brent Couch, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Cody Herndon, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Cody York, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Debra Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Debra Rae Keesee, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Dennis Woods, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Diane Durant, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Donald Lee Woods, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Donald Turco, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | + | Dwain Strait, Pulman LeFlore Pullen & Reed, 2161 NW Military Hwy., #400, San Antonio, TX 78213, UNITED STATES 78213-1844 |
| pla | | Edward Nicolas, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Errol Glenn Archer, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Gayle Reese, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Grace Strait, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Greg Schnell, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Holly Boyd, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Irma Alonzo, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jane Schnell, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jay Adkins, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jay R Adams, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Jennifer McNabb, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | John Ayers, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | John Raver, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Juanita Clary, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Justin St. Clair, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Kevin Bennett, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Laurie Del Negro, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Lennie J Mills, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Linda Doubrava, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Lorie Bass, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Maria Mayhew, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Mark and Melissa Aerts, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |

| | | |
|---|---|---|
| pla | | Mary Adams, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Mary Newton, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Mason Coburn, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Mi Hui Turco, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Michael Bass, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Michael Boyd, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | + | Michael Gibson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A .Pulman, 2161 NW Military Hwy., Ste. 400, San Antonio, TX 78213-1844 |
| pla | | Nancy Burnett, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Norman Kaczorowski, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Pamela Herndon, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Philip McNabb, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Randall Sparks, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Richard Muzny, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Robert Cook, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Robert Mayhew, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Roland K Stanaland, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | + | Ron Satija, c/o Brian Cumings, 401 Congress Ave., Suite 2200, Austin, TX 78701-3790 |
| pla | | Ross Rucker, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Sally McBee, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Scotta Knight, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Shelley Lee, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Steve Nicholson, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Steven Bloyd, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Susan Blades, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Susan Hunter, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Terry Hunter, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Thomas Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Tommy York, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Tony Newton, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Traci Beauchamp, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Vickie York, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |
| pla | | Zoraida Kaczorowski, c/o Pulman LeFlore Pullen & Reed LLP, Attn: Randall A. Pulman, San Antonio, TX 78213, UNITED STATES |

TOTAL: 77

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.cc.ecf@usdoj.gov | May 18 2026 23:20:00 | US Trustee, 606 N Carancahua, Corpus Christi, TX 78401-0680 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 18 2026 23:20:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| dft | | Email/Text: bankruptcy@oliphantfinancial.com | May 18 2026 23:20:00 | Collins Asset Group, LLC, Suite 102, 6001 W. William Cannon Dr, Austin, TX 78749 |
| intp | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 18 2026 23:20:00 | United States Trustee, 615 E Houston St #533, PO Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Brooklyn Chandler Willy |
| dft | | Ferrum Capital, LLC |
| dft | | Ferrum IV, LLC |
| dft | | Hollins Holdings |
| dft | | Hollins Holdings LLC |

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 7 |
| Date Rcvd: May 18, 2026 | Form ID: pdfintp | Total Noticed: 81 |

| | |
|---|---|
| dft | Mike L. Cox |
| dft | Queen B Advisors, LLC |
| dft | Ryan Project Funding LLC |
| dft | Tesota LLC |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Abigail Rogers
on behalf of Defendant Accelerated Inventory Management LLC arogers@krcl.com

Abigail Rogers
on behalf of Defendant Oliphant Financial  LLC arogers@krcl.com

Abigail Rogers
on behalf of Defendant Oliphant USA  LLC arogers@krcl.com

Alicia Bendana
on behalf of Plaintiff Ron Satija abendana@fishmanhaygood.com
rmichel@fishmanhaygood.com;iatkinson@fishmanhaygood.com;kfritscher@fishmanhaygood.com

Allison Sarah Hartry
on behalf of Defendant Yvette Barrera ahartry@themoralesfirm.com

Christopher A Bailey
on behalf of Defendant Metropolitan Partners Group Administration LLC christopher.bailey@hklaw.com  hapi@hklaw.com

David Philip Whittlesey
on behalf of Defendant Walt Collins david.whittlesey@aoshearman.com
ashley.duncum@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,manattyoffice@shearman.com,courtnotices@aoshearman.com

Eugene Xerxes Martin, IV
on behalf of Defendant Collins Asset Group  LLC xmartin@mgl.law, twallace@mgl.law

Evan T. Miller
on behalf of Trustee George L. Miller  Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Jason Bradley Binford
on behalf of Defendant Oliphant USA  LLC jbinford@krcl.com, ajezisek@krcl.com;rboley@krcl.com

Jason Bradley Binford
on behalf of Defendant Accelerated Inventory Management LLC jbinford@krcl.com  ajezisek@krcl.com;rboley@krcl.com

Jason Bradley Binford
on behalf of Defendant Oliphant Financial  LLC jbinford@krcl.com, ajezisek@krcl.com;rboley@krcl.com

Josh Frost
on behalf of Defendant Joshua L. Allen jfrost@lubbocklawfirm.com

Kerry Alleyne-Simmons
on behalf of Plaintiff Martha Gomez kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com

Kerry Alleyne-Simmons

District/off: 0542-5                    User: admin                                    Page 4 of 7

Date Rcvd: May 18, 2026                 Form ID: pdfintp                                Total Noticed: 81

on behalf of Plaintiff Paul D. Sheetz kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com

Kerry Alleyne-Simmons

on behalf of Plaintiff Kathleen E. Priebe kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com

Kerry Alleyne-Simmons

on behalf of Plaintiff Judy A. Musgrove kalleyne@pulmanlaw.com  mvilla@pulmanlaw.com

L. Bradley Hancock

on behalf of Defendant Metropolitan Partners Group Administration LLC brad.hancock@hklaw.com  diana.miranda@hklaw.com

Michael P. Ridulfo

on behalf of Defendant Oliphant  Inc. mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Accelerated Inventory Management LLC mridulfo@krcl.com scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Oliphant USA  LLC mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Oliphant United  Inc. mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Michael P. Ridulfo

on behalf of Defendant Oliphant Financial  LLC mridulfo@krcl.com, scallier@krcl.com;mridulfo@ecf.courtdrive.com

Randall A. Pulman

on behalf of Plaintiff Grace Strait rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Arthur Del Negro rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Nancy Burnett rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mark and Melissa Aerts rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Roland K Stanaland rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Michael Bass rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mary Adams rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Richard Muzny rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Tony Newton rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Greg Schnell rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jay R Adams rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Robert Mayhew rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Debra Rae Keesee rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jay Adkins rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Diane Durant rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Angelyn Nicholson rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Linda Doubrava rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Scotta Knight rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Sharon Zigmond rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Donald Lee Woods rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Angela Beauchamp rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Lorie Bass rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff John Raver rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Sally McBee rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Maria Mayhew rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mason Coburn rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Kathleen E. Priebe rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Kelly M. Doolittle rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Laurie Del Negro rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Kevin Bennett rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Edward Nicolas rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mary Newton rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Robert Cook rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Holly Boyd rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Albert Blades rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Angela Sparks rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Traci Beauchamp rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Barbara Gibson rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Gayle Reese rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Zoraida Kaczorowski rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Susan Hunter rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Cody York rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Juanita Clary rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Lennie J Mills rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Michael Boyd rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Irma Alonzo rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jane Schnell rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Vickie York rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Alvin Zigmond rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Jennifer McNabb rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Ross Rucker rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Philip McNabb rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Anthony Beauchamp rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Dan A. Doolittle rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Dennis Woods rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Martha Gomez rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Carolyn Newman rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Terry Hunter rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Tommy York rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Michael Gibson rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff John Ayers rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Susan Blades rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Donna Mitchell rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Tammara Owrey rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Steve Nicholson rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Errol Glenn Archer rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Judy A. Musgrove rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Norman Kaczorowski rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Pamela Herndon rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Paul D. Sheetz rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Travis Mitchell rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Barbara Muzny rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Dwain Strait rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Shelley Lee rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Randall Sparks rpulman@pulmanlaw.com jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Wanda Sheetz rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Brent Couch rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Cody Herndon rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Debra Beauchamp rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Justin St. Clair rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Amanda Coburn rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Donald Turco rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Thomas Beauchamp rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Steven Bloyd rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Randall A. Pulman

on behalf of Plaintiff Mi Hui Turco rpulman@pulmanlaw.com  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com

Royal B. Lea, III

on behalf of Plaintiff John Patrick Lowe royal@royallealaw.com  jennifer@royallealaw.com

Shari P. Pulman

on behalf of Plaintiff Martha Gomez spulman@pulmanlaw.com  pcarter@pulmanlaw.com

Shari P. Pulman

on behalf of Plaintiff Paul D. Sheetz spulman@pulmanlaw.com  pcarter@pulmanlaw.com

Shari P. Pulman

on behalf of Plaintiff Judy A. Musgrove spulman@pulmanlaw.com  pcarter@pulmanlaw.com

Shari P. Pulman

on behalf of Plaintiff Kathleen E. Priebe spulman@pulmanlaw.com  pcarter@pulmanlaw.com

TOTAL: 113