# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25–51660–mmp

Chapter No.: 7

IN RE: **Collins Asset Group, LLC** , Debtor(s)

Adversary Proceeding No.: 25–05047–mmp

Judge: Michael M Parker

**Judy A. Musgrove et al.**
Plaintiff

v.

**Brooklyn Chandler Willy et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on   **7/6/26   at   02:00 PM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (related document(s): 188 Motion to Dismiss Count Nine of the SECOND AMENDED COMPLAINT And Motion To Abstain filed by L. Bradley Hancock for Defendant Metropolitan Partners Group Administration LLC. (related document(s): 102 Receiver's Second Amended Complaint filed by Royal B. Lea III for Plaintiff John Patrick Lowe (Lea, Royal) (related document(s): 100 Order Regarding (related document(s): 99 Motion for Leave to File Amended Complaint Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. Hearing Scheduled For 7/6/2026 at 2:00 PM at SA Courtroom 1. (Castleberry, Deanna)

Dated:  5/26/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]